IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE PRESS COALITION'S MOTION FOR ACCESS TO VIDEO EXHIBITS AND TO SET ASIDE STANDING ORDER NO. 21-28 | Case No. | Case: 1:21–mc–00086<br>Assigned To : Nichols, Carl J.<br>Assign. Date : 6/7/2021<br>Description: Misc.<br><br>Oral Argument Requested |

## MOTION FOR ACCESS TO VIDEO EXHIBITS
## AND TO SET ASIDE STANDING ORDER NO. 21-28

Pursuant to Local Criminal Rule 57.6, Cable News Network, Inc., American Broadcasting Companies, Inc. d/b/a ABC News, The Associated Press, Buzzfeed, Inc. d/b/a BuzzFeed News, CBS Broadcasting Inc. o/b/o CBS News, Dow Jones & Company, Inc., publisher of The Wall Street Journal, The E.W. Scripps Company, Gannett Co., Inc., Gray Media Group, Inc., Los Angeles Times Communications LLC, publisher of The Los Angeles Times, National Public Radio, Inc., NBCUniversal Media, LLC d/b/a NBC News, The New York Times Company, Pro Publica, Inc., Tegna, Inc., and WP Company LLC, d/b/a The Washington Post (together, the "Press Coalition") respectfully move this Court for an order releasing certain video recordings (the "Video Exhibits) submitted to the Court in *United States v. Jeffrey McKellop*, Case No. 21-cr-268-CJN.  The Press Coalition further requests that the Court set aside Standing Order No. 21-28 (BAH) (May 14, 2021), which unduly restricts public access to the Video Exhibits.

The Press Coalition's interest in this matter, a statement of the relevant facts, and a specific prayer for relief are each set forth in the accompanying Memorandum of Points and Authorities.

### REQUEST FOR HEARING

The Press Coalition respectfully requests a hearing on this Motion.

Dated:  June 7, 2021

Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Charles D. Tobin*
Charles D. Tobin (#455593)
Maxwell S. Mishkin (#1031356)
Lauren Russell (#1697195)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
russelll@ballardspahr.com

*Counsel for the Press Coalition*